MOT
GABRIEL L. GRASSO, ESQ.
State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 868-8866
Attorney for MOSZAGI

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:12-cr-00440-JAD-GWF |
| | ) | Case No.: 2:12-cr-00452-MMD-VCF |
| vs. | ) | ~~2:12-cr-00440-RCJ-GWF~~ |
| DAWIT MOSAZGI, | ) | UNOPPOSED MOTION FOR |
| | ) | PERMISSION TO OBTAIN |
| Defendant. | ) | NEW PASSPORT |

COMES NOW, the Defendant, DAWIT MOSAZGI, (MOSAZGI), by and through his attorney of record, GABRIEL L. GRASSO, ESQ., moves this Court to allow him to obtain a new United States Passport. This motion is made and based upon the papers and pleadings on file herein, together with the arguments of counsel attached hereto.

DATED this 29th day of November, 2017.

By: /s/ Gabriel L. Grasso
GABRIEL L. GRASSO, Esq.
Gabriel L. Grasso, P.C.
Nevada State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
(702) 868-8866
Attorney for MOSAZGI

**ARGUMENT**

1. On November 28, 2017, (Doc 451) this Court approved MOSZAGI'S request to travel to Africa due to his father's terminal illness.

2. Since the start of MOSZAGI'S pretrial supervision, his passport has been in the custody of pretrial services. During that time, it expired.

3. Pretrial will require this Court to order that MOSZAGI be allowed to apply for and obtain a new passport.

4. The Government does not oppose this motion.

DATED this 29th day of November, 2017.

By:    /s/ Gabriel L. Grasso
GABRIEL L. GRASSO, Esq.
Gabriel L. Grasso, P.C.
Nevada State Bar Number 7358
9525 Hillwood Drive, Suite 190
Las Vegas, NV 89134
(702) 868-8866
Attorney for MOSAZGI

```
 1 | ORD
   | GABRIEL L. GRASSO, ESQ.
 2 | State Bar Number 7358
   | 9525 Hillwood Drive, Suite 190
 3 | Las Vegas, Nevada 89134
 4 | (702) 868-8866
   | Attorney for MOSZAGI
 5 |
 6 |             UNITED STATES DISTRICT COURT
 7 |           IN AND FOR THE DISTRICT OF NEVADA
 8 |
 9 | UNITED STATES OF AMERICA,    )
   |                              )
10 |              Plaintiff,      )      2:12-cr-00440-JAD-GWF
   |                              )  Case No.: 2:12-cr-00452-MMD-VCF
11 | vs.                          )      ~~2:12-cr-00440-RCJ-GWF~~
12 |                              )
   | DAWIT MOSAZGI,               )  UNOPPOSED MOTION FOR
13 |                              )  PERMISSION TO OBTAIN
   |              Defendant.      )  NEW PASSPORT
14 | _____)
```

**IT IS HEREBY ORDERED** that the defendant shall be permitted to apply for a new U.S. Passport.

**IT IS FURTHER ORDERED** that pretrial services will immediately allow the defendant access to his expired passport if necessary to process the new passport application.

DATED this __30th__ day of __November__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE